**RECEIVED**

NOV 2 1 2024

Nabil Khlafa
5331 S Macadam Ave Suite 258-107
Portland, OR 97239
nabilnoble77@gmail.com
971-337-8987

## IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF MULTNOMAH

NABIL KHLAFA,                                    Case No. 24CV52998
Plaintiff,                                       **SUMMONS**

v.

OREGON HEALTH AND SCIENCE UNIVERSITY (OHSU),
an Oregon Public Corporation
Defendant,

**TO: OREGON HEALTH AND SCIENCE UNIVERSITY**
You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the complaint.

### READ THESE PAPERS CAREFULLY!
**You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.**

SUMMONS - 1

1

**Exhibit 1 - Page 1 of 2**

**If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.**



NABIL KHLAFA, Pro Se Plaintiff
Email: nabilnoble77@gmail.com
5331 S Macadam Ave Suite 258-107
Portland, OR 97239

STATE OF OREGON, County of Multnomah) ss.
I, Nabil Khlafa, plaintiff pro se, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

NABIL KHLAFA, Pro Se Plaintiff

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed and to make your proof of service upon a separate similar document which you shall attach hereto.

NABIL KHLAFA, Pro Se Plaintiff

SUMMONS - 2

Exhibit 1 - Page 2 of 2