IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NABIL KHLAFA**,<br><br>       Plaintiff,<br><br>       v.<br><br>**OREGON HEALTH AND SCIENCE UNIVERSITY (OHSU),** an Oregon Public Corporation,<br><br>       Defendant. | Case No. 3:24-cv-2020-SI<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

Based on the Supreme Court's decision in *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22 (2025), this federal court no longer has subject-matter jurisdiction in this case. Accordingly, the Clerk is directed to REMAND this action to the Circuit Court of the State of Oregon for the County of Multnomah. All pending motions are DENIED AS MOOT and without prejudice.

**IT IS SO ORDERED.**

DATED this 25th day of August, 2025.

                                                    /s/ *Michael H. Simon*
                                                  Michael H. Simon
                                                  United States District Judge

PAGE 1 – ORDER